**SEKENDIZ LAW FIRM P.C.**
Attorneys at Law
45 Broadway 1420
New York, New York 10006
(212) 380-8087

November 21, 2019

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/22/19

Case Name: Cox v. 147 First Ave Bean LLC et al
Case Number: 1:19-cv-06827-JGK

Hon District Court Judge Koetl,

Please note that I represent Plaintiff Prentice Cox in the above referenced action. I respectfully request from Your Honor to adjourn the Initial Conference, which is currently scheduled for November 26, 2019 sine die. Defendants have not appeared or otherwise responded to Plaintiff's compliant and Plaintiff is left with no choice but to seek default against the defendants.

This is Plaintiff's second request and Your Honor granted Plaintiff's first request.

I thank Your Honor for Your time and consideration.

Dated: New York, New York
November 21, 2019

Respectfully Submitted,

/Ismail S. Sekendiz/
Ismail S. Sekendiz (IS-0509)

*[Handwritten note:]* THE CONFERENCE IS CANCELED. THE PLAINTIFF SHALL FILE DEFAULT PAPERS, PER THIS COURT'S RULES ON DEFAULT, BY DECEMBER 6, 2019.

SO ORDERED.

/s/ G. Koeltl
11/22/19   USDJ