**SEKENDIZ LAW FIRM P.C.**
Attorneys at Law
45 Broadway 1420
New York, New York 10006
(212) 380-8087

December 26, 2019

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Case Name:   Cox v. 147 First Ave Bean LLC et al
        Case Number: 1:19-cv-06827-JGK

Honorable U.S. District Court Judge Koeltl,

    I represent Plaintiff Prentice Cox in the above referenced action. Your Honor scheduled a default hearing for January 10, 2020 at 10:00AM concerning this matter. I am respectfully requesting from Your Honor to allow me to appear for the conference until 11:30AM instead of 10:00AM since I have a pre-scheduled initial Conference before Hon. Caproni on the same date and time. (Dunbar v. Samarpan Inc. et al 1:19-cv-08123-VEC) Allowing me to appear until 11:30AM may potentially provide defendants with extra time to appear.

    In the alternative, I request that Your Honor adjourn the hearing to another time in the afternoon.

    I thank Your Honor for Your time and consideration.

Dated: New York, New York
       December 26, 2019

                                      Respectfully Submitted,

                                      ___/Ismail S. Sekendiz/_____
                                      Ismail S. Sekendiz (IS-0509)

*[Handwritten order:]* Application granted. Hearing adjourned to 1/10/20 at 11:30 A.M. Plaintiff shall give notice to defendants and file proof of notice by 1/3/20. So ordered. [signed] John G. Koeltl 12/26/19 U.S.D.J.