**SEKENDIZ LAW FIRM P.C.**
Attorneys at Law
45 Broadway 1420
New York, New York 10006
(212) 380-8087

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ~~1/9/20~~ 1-10-2020

January 9, 2020

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*ADJOURNED TO FRIDAY, FEBRUARY 7, 2020, AT 10:00AM.*

*SO ORDERED.*

*/s/ John G. Koeltl*
*1/9/20.   USDJ*

Case Name:   Cox v. 147 First Ave Bean LLC et al
Case Number:  1:19-cv-06827-JGK

Hon District Court Judge Koetl,

Please note that I represent Plaintiff Prentice Cox in the above referenced letter. I am writing this letter to request from Your Honor to adjourn the tomorrow's order to show case hearing from January 10, 2020 to February 7, 2020 at 10:00AM as suggested by Your Honor's Law Clerk. The reason for the request is that, today, I received a phone call from Scott Swanson, the attorney for 147 First Realty, LLC, which is not a party to this action indicating that his client is the lessee of the property located at the subject location and that the defendant 147 First Ave Bean LLC is no longer a tenant and that the defendant Midon Realty is an inactive corporation. Mr. Swanson also suggested that his client is interested in resolving this case. Adjourning the default judgment hearing will provide me with the opportunity to investigate the allegations as well as allowing Plaintiff and 147 First Realty, LLC to potentially resolve this case.

I could not file this application earlier because Mr. Swanson communicated with me approximately an hour ago.

I thank Your Honor for Your time and consideration.

Dated: New York, New York
       January 9, 2020

Respectfully Submitted,

____/Ismail S. Sekendiz/____
Ismail S. Sekendiz (IS-0509)