**SEKENDIZ LAW FIRM P.C.**
**Attorneys at Law**
**45 Broadway 1420**
**New York, New York 10006**
**(212) 380-8087**

February 6, 2020

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*A VOLUNTARY DISMISSAL*
*WAS ALREADY BEEN FILED*
*AND THE CASE HAS BEEN*
*CLOSED. NO HEARING IS*
*NECESSARY. THE CLERK SHALL*
*CLOSE DOCUMENT 30,*

Case Name:   Cox v. 147 First Ave Bean LLC et al
Case Number:   1:19-cv-06827-JGK

*SO ORDERED.*

Hon District Court Judge Koetl,

*2/7/20*   */s/ John G. Koeltl*
*U S D J*

I represent Plaintiff Prentice Cox in the above referenced letter. I am writing this letter to request from Your Honor to adjourn the OSC hearing scheduled for February 7, 2020 *sine die*. The reason for the request is that I already filed a notice of voluntary dismissal without prejudice against all defendants because as per my recent inspection of this location, the tenant entity moved out and the Federal Case became moot against the defendant. The named landlord entity is an inactive corporation by proclamation.

I failed to file this request timely because I automatically thought the case was closed after I filed a notice of voluntary dismissal.

I thank Your Honor for Your time and consideration.

Dated: New York, New York
February 6, 2020

Respectfully Submitted,

___/Ismail S. Sekendiz/_____
Ismail S. Sekendiz (IS-0509)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __2·7·20__